UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-cr-328 (PAM/JSM)

United States of America,

      Plaintiff,                     **ORDER TO SEAL**

v.

Gregory Joseph Jaunich,

      Defendant.

Defendant's Motion to Seal has come before this Court. Based upon the Affidavit in Support of this Motion,

IT IS HEREBY ORDERED:

1. Defendant's Motion to Seal (Docket No. 57) is GRANTED.

Dated: September   18 , 2008         BY THE COURT:

                                              s/Paul A. Magnuson
                                              U.S. Distrtict Court Judge