UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL 07-328 PAM

United States of America

       Plaintiff,

**ORDER AMENDING JUDGMENT**

v.

Gregory Joseph Jaunich

       Defendant.

_____

**IT IS HEREBY ORDERED** that the Sentencing Judgment filed in this case, November 7, 2008 is amended as to the Court's recommendation for place of confinement for defendant's term of incarceration. The Court strongly recommends to the Bureau of Prisons that the defendant be designated to the Duluth Prison Camp at Duluth, Minnesota.

All other terms and conditions of the Sentencing Judgment remain in effect.

Dated: November __13__, 2008         s/Paul A. Magnuson
                                                       Paul A. Magnuson, Judge
                                                       United States District Court